_____

No. 94-1560
_____

Kyle Brian Zwack,                        *
                                         *
            Appellant,                   *
                                         *   Appeal from the United States
       v.                                *   District Court for the
                                         *   District of Minnesota.
University of Minnesota; Betty           *
Hackett,                                 *        [UNPUBLISHED]
                                         *
            Appellees.                   *


_____

                    Submitted:  September 6, 1996

                      Filed:  September 16, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Kyle Brian Zwack appeals the district court's[1] dismissal of his civil
rights action pursuant to 28 U.S.C. § 1915(d).  We conclude dismissal of
Zwack's complaint as frivolous was correct, even considering Zwack's
objections to the magistrate judge's report and recommendation.
Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Richard H. Kyle, United States District Judge
for the District of Minnesota, adopting the report and
recommendation of the Honorable Floyd E. Boline, United States
Magistrate Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.